**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KENMAR SECURITIES, LLC,

                         Plaintiff,

-against-                                    24 **CIVIL** 6737 (VM)

                                                            **JUDGMENT**

NEGOCIOS Y TELEFONIA NEDETEL,

                         Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated December 19, 2024, the motion to confirm and enforce the arbitration award by petitioner Kenmar Securities, LLC ("Kenmar") (Dkt. No. 5) is GRANTED IN PART and DENIED IN PART; it is further ORDERED that judgment against respondent Negocios y Telefonia Nedetel S.A. ("Nedetel") is entered in the amounts of (1) $3,170,210 with pre-award interest at 9 percent per annum from October 21, 2021, through June 10, 2024, and from July 10, 2024, through August 1, 2024, in the amount of $769,970.18, as well as post-award interest at 9 percent per annum from August 1, 2024 until the date this judgment is entered; (2) $543,636 with interest at 9 percent per annum from December 13, 2023, until June 10, 2024, and from July 10, 2024, through August 1, 2024, in the amount of $27,077.54, as well as post-award interest from August 1, 2024, through the date this judgment is entered; (3) $535,539.25 in attorneys' fees and costs; and (4) $149,125.50 in arbitration fees and arbitrator compensation; it is further ORDERED that Nedetel pay Kenmar a success fee according to the terms of Exhibit A of the Advisory Agreement (Dkt. No. 6-2) for any put/call option on shares that may be exercised pursuant to the put/call option agreement dated October 18, 2021, and that the success fee shall be due upon closing of the transaction for the purchase and sale of the

shares being transferred; it is further ORDERED that Kenmar is awarded post-judgment interest that will accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date of entry of this judgment; and it is further ORDERED that Kenmar's request for costs and fees associated with this proceeding is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

      December 19, 2024

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:** *K. Mango*
_____
**Deputy Clerk**